**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1234**

———————

HOWARD LEE GORRELL,

        Plaintiff - Appellant,

    v.

MARTIN O'MALLEY, in his Official Capacity as Governor of the State of Maryland,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. William D. Quarles, Jr., District Judge. (1:11-cv-02975-WDQ)

———————

Submitted: July 10, 2012        Decided: July 12, 2012

———————

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Howard Lee Gorrell, Appellant Pro Se. Dan Friedman, Kathryn Michele Rowe, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Annapolis, Maryland; Adam Dean Snyder, Assistant Attorney General, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Lee Gorrell appeals the district court's dismissal of his claims against Martin O'Malley, the Governor of Maryland, challenging a 2011 Maryland redistricting plan. The record establishes that Gorrell moved to Washington state after the commencement of this action. He is thus no longer a resident of Maryland and lacks standing to challenge the Governor's redistricting plan. Because Gorrell lacks standing to proceed, we lack jurisdiction to review his claims. See, e.g., Shaw v. Hunt, 517 U.S. 899, 904 (1996); United States v. Hays, 515 U.S. 737, 745 (1995). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED